UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LEWIS E. ALEXANDER, JR. )<br>               Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STORAGE PROPERTIES, INC. )<br>*a NC domestic corporation d/b/a Ample* )<br>*Storage Seaside* )<br>               Defendant. ) | **JUDGMENT**<br><br>No. 7:19-CV-237-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and defendant's motion to quash subpoena.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's ADA claims are DISMISSED WITH PREJUDICE. Plaintiff's state law claims are DISMISSED for lack of subject matter jurisdiction. Defendant's motion to quash subpoena is GRANTED.

**This Judgment Filed and Entered on July 24, 2020, and Copies To:**
Lewis E. Alexander, Jr. (via US mail to P O Box 6791, Ocean Isle Beach, NC 28469)
Luther Donald Starling, Jr. (via CM/ECF Notice of Electronic Filing)

July 24, 2020                       PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk